

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00286-CV

Jimmy **MASPERO** and Regina Maspero, Individually, and as Next Friends of Wyitt Maspero, Wynnsday Maspero, Wesley Maspero, Deceased, and Walter Maspero, Deceased, Minor Children,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI14946
Honorable David Peeples, Judge Presiding

# O R D E R

After we granted Appellee's first motion for an extension of time to file the brief, the brief was due on November 7, 2018. *See* TEX. R. APP. P. 38.6(b), (d). Before the due date, Appellee filed an unopposed second motion for extension of time to file the brief until November 28, 2018.

Appellee's motion is GRANTED. Appellee's brief is due on November 28, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court